**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

## No. 21-6942

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JOHN WATSON, JR.,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, Senior District Judge.  (1:13-cr-00336-TSE-IDD-1)

Submitted:  November 18, 2021          Decided:  December 15, 2021

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

John Watson, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Watson, Jr., appeals the district court's order denying without prejudice his motion for default judgment and forwarding his filings to the District Court for the Eastern District of North Carolina. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Watson*, No. 1:13-cr-00336-TSE-IDD-1 (E.D. Va. May 24, 2021). We also deny Watson's motion for his immediate release and case dismissal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*